UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COURTNEY RICHMOND,

      Plaintiff,

v.                                        **ORDER**
                                       Civil File No. 14-749 (MJD/LIB)

STATE OF MINNESOTA,

      Defendant.

Courtney Richmond, pro se.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 21, 2014.  Plaintiff filed objections to the Report and Recommendation.  [Docket No. 6]

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Brisbois dated March 21, 2014.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 21, 2014 [Docket No. 4].

2. Plaintiff's application for leave to proceed in forma pauperis [Docket No. 2] is **DENIED**.

3. Plaintiff's motion to amend the complaint [Docket No. 3] is **DENIED**.

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. §191(e)(2)(B)(ii) and (iii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  April 21, 2014                         <u>Michael J. Davis                    </u>
                                               Michael J. Davis
                                               Chief Judge
                                               United States District Court